| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | TODD A. PICKLES |
| | Assistant United States Attorneys |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2746 |

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-mj-252 EFB |
| Plaintiff, | **REQUEST TO UNSEAL AND [PROPOSED] ORDER** |
| v. | **UNDER SEAL** |
| MARTIN WAYNE FLANDERS, and LIGIA SANDOVAL SPAFFORD, | |
| Defendants. | |

## REQUEST TO UNSEAL

TO THIS HONORABLE COURT:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On Friday, September 28 2012, this Court issued an order sealing the complaint, supporting affidavit, and arrest warrants in the above-referenced case until the arrest of the defendants or further order of the Court.

2. The undersigned is informed and believes that defendant Ligia Sandoval Spafford was arrested on Monday, October 1, 2012, and it is anticipated that co-defendant Martin Wayne Flanders will be taken into custody soon. It is now necessary to unseal the complaint and other documents so that the defendants may be fully apprised of the charges against them.

Request and [Proposed] Order to Un-Seal

1

THEREFORE, your petitioner prays that the aforesaid complaint, affidavit, and arrest warrants, as well as the Petition to Seal, and the Order sealing these documents be unsealed and made part of the public record.

Dated: October 1, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

## **ORDER**

The Court hereby orders that the criminal complaint, supporting affidavit, and arrest warrants in criminal case No. 2:12-mj-252 EFB, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: October 1, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE